UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOSHUA EZELL,
BRANDI EZELL                                                                    PLAINTIFFS

v.                                                    CIVIL ACTION NO. 2:14-cv-00150-KS-MTP

ANDREW PARKER and
PURVIS AUTO COLLISION, INC.                                                     DEFENDANTS

## NOTICE OF SERVICE OF DISCOVERY RESPONSES

**PLEASE TAKE NOTICE** that the undersigned counsel for Andrew Parker and Purvis Auto Collision, Inc. has this day served upon counsel of record the following:

1. Defendant Andrew Parker's Responses to Plaintiff's First Set of Interrogatories to Andrew Parker;

2. Defendant Andrew Parker's Responses to Plaintiff's First Set of Requests for Production of Documents to Andrew Parker;

3. Defendant Andrew Parker's Responses to Plaintiffs' First Set of Requests for Admissions to Andrew Parker;

4. Defendant Purvis Auto Collision, Inc.'s Responses to Plaintiff's First Set of Interrogatories to Purvis Auto Collision, Inc.;

5. Defendant Purvis Auto Collision, Inc. Responses to Plaintiff's First Set of Requests for Production of Documents to Purvis Auto Collision, Inc.; and

6. Defendant Purvis Auto Collision, Inc.'s Responses to Plaintiffs' First Set of Requests for Admissions to Purvis Auto Collision, Inc.

The original of this pleading is being retained by counsel for Andrew Parker and Purvis Auto Collision, Inc.

DATED this 2nd day of January, 2015.

Respectfully submitted,

    ANDREW PARKER AND
    PURVIS AUTO COLLISION, INC.,
    Defendants

By: */s/ W. Mackin Johnson*
    MICHAEL C. MCCABE, JR. (MB # 101548)
    W. MACKIN JOHNSON (MB # 104285)

    ITS ATTORNEYS

OF COUNSEL:

BUTLER SNOW LLP
1300 25th Avenue, Suite 204
P.O. Drawer 4248
Gulfport, MS 30502
(T):    (228) 864-1170
(F):    (228) 868-1531
(E):    michael.mccabe@butlersnow.com
(E):    mackin.johnson@butlersnow.com

## **CERTIFICATE OF SERVICE**

I, W. Mackin Johnson, an attorney for Defendants, hereby certify that on this day I caused to be served by First Class United States mail, postage pre-paid, and/or electronic mail, a true and correct copy of the foregoing on the following:

    Daniel M. Waide
    P.O. Box 17738
    Hattiesburg, Mississippi 39404
    dwaide@jhrlaw.net

    ATTORNEY FOR PLAINTIFF

SO CERTIFIED, this the 2nd day of January, 2015.

    */s/ W. Mackin Johnson*
    W. MACKIN JOHNSON

ButlerSnow 24014507v1